David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorney for Plaintiff,*
*KIM K. KONO*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KIM K. KONO,<br><br>       Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; INNOVIS DATA SOLUTIONS, INC,,<br><br>       Defendants. | **Case No. 2:17-cv-01095-JCM-CWH**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>TRANS UNION, LLC.</u>** |

      Plaintiff KIM K. KONO and Defendant TRANS UNION, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

…

in accordance with Fed. R. Civ. P. 41 (a)(2) as to, **TRANS UNION, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: February 1, 2018

| By: | By: |
|---|---|
| /s/*David H. Krieger, Esq.* | /s/*Jason Revzin, Esq.* |
| David H. Krieger, Esq. | Jason Revzin, Esq. |
| Nevada Bar No. 9086 | Lewis Brisbois Bisgaard & Smith LLP |
| HAINES & KRIEGER, LLC | 6385 S. Rainbow Blvd. |
| 8985 S. Eastern Avenue | Suite 600 |
| Suite 350 | Las Vegas, NV 89118 |
| Henderson, Nevada 89123 | jason.revzin@lewisbrisbois.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| KIM K. KONO | TRANS UNION, LLC |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: February 5, 2018